AXA

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

_Bey, Hannibal Mu_
_Bey, Syauasourda Mu_ ,

**Plaintiff(s),**

vs.

_Circuit Court (Probate DN)_
_2023P008314_ ,

**Defendant(s).**

**RECEIVED**

JAN 25 2024 JXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.

**1:24-cv-00657**
**Judge Martha M. Pacold**
**Magistrate Judge Jeffrey T. Gilbert**
**CAT. 2 / RANDOM**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.   This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

   laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.   The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.   Plaintiff's full name is _Hannibal Mu Bey_ .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.     Defendant, *Susan Kennedy - Sullivan*                          , is
                          (name, badge number if known)

☐ an officer or official employed by *Circuit Court of*          ;
                                    (department or agency of government)
*Cook County Probate*                                      or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named*
*defendant and complete the information for each additional defendant on an extra sheet.*

5.     The municipality, township or county under whose authority defendant officer or official

acted is *Cook County*                          . As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.     On or about       *1-2-2024*, at approximately      *11:00*      ☒ a.m. ☐ p.m.
                     (month,day, year)
       plaintiff was present in the municipality (or unincorporated area) of _____

       _____*Chicago, IL*_____ , in the County of ____*Cook*____ ,

       State of Illinois, at ___*7613 S Berkeley Ave, Chgo IL 60649*,
       *Zoom call*   (identify location as precisely as possible)
       *Password  328621*
       when defendant violated plaintiff's civil rights as follows *(Place X in each box that*
       *applies)*:

       ☐      arrested or seized plaintiff without probable cause to believe that plaintiff had
              committed, was committing or was about to commit a crime;
       ☐      searched plaintiff or his property without a warrant and without reasonable cause;
       ☐      used excessive force upon plaintiff;
       ☐      failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
              one or more other defendants;
       ☐      failed to provide plaintiff with needed medical care;
       ☐      conspired together to violate one or more of plaintiff's civil rights;
       ☐      Other:

       _____

       _____

2

_____.

7.   Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): *Cook County Case of*

*Ethics and Violations of Best Practices*

_____

_____.

8.   Plaintiff was charged with one or more crimes, specifically:

*Threatened was false elder abuse*

*Charges. which were complete without*

*Merit.*

_____

_____

9.   (*Place an X in the box that applies.  If none applies, you may describe the criminal*
     *proceedings under "Other"*)  The criminal proceedings

☑ are still pending.

☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☐ Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On 1/2/2024 at 11:am I Hannibal Mu Bey did present myself on Special Visation to a zoom call with Cook County Circut Court Judge Sullivan. Myself and my brother were co-petitioners for Guardianship of our 75 yr old mom with Demendia. I was told by the county that I need a lowyer in order to be heard on this case and I had open this case as A Pro SE Ligiant and Recieved a Fee Waiver as a pro SE Ligiant and once in Court I was told I need a lowyer and threated by Judge Sulliван to be chwanged with Elder abuse. The federal question at hand is should I be forced to hire an attorny when I don't have the resources.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Plaintiff was falsely accused of # Elder abuse and being mentally ill. My name was slander and my repudation was damaged and I was demoniized and dehumanized for trying to protect my mom with Demedita.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Hannibal Mu Bey_

Plaintiff's name *(print clearly or type)*: _Hannibal Mu Bey_

Plaintiff's mailing address: _7613 S. Bennett Ave_

City _Chicago_          State _IL_          ZIP _60649_

Plaintiff's telephone number: (_305_) _879-3114_.

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

_beyhannibal2@quaik.com_

15. Plaintiff has previously filed a case in this district. ☑Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

BEY, Hannibal Mu

)
)
Plaintiff )
)
v. )
)
)
)
Defendant )

Cook County Probate

**United States District Court**
**Northern District of Illinois**

**COMPLAINT**

NOTICE OF REMOVAL

COOK COUNTY CASE #
2023P008314

Judge: Susan Kennedy-Sullivan
Attorney: Kate Curler

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]